IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILL EDIVISION

**BRENDA ADAMS,**

      **Plaintiff,**

v.                              **CASE NO.  1:13cv235-MW/GRJ**

**ROBERT A. McDONALD,**

      **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No. 71.  Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

1

Defendant's motion for summary judgment, ECF No. 63, is **GRANTED.** The Clerk shall enter judgment stating, "Judgment is entered in favor of Defendant." The Clerk shall close the file.

**SO ORDERED on November 17, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
